

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2019

No. 04-18-00870-CV

**In the Interest of C.C.M.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01431
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

    The Appellant's Second Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to February 11, 2019.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court